ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JOANNA HULL
Assistant United States Attorney
California Bar Number 227153
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone:  (213) 894-6585
    Facsimile:   (213) 894-7819
    E-mail:     joanna.hull@usdoj.gov

Attorneys for Plaintiff Hilda L. Solis,
Secretary of Labor, United States Department of Labor

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>                Plaintiff,<br><br>                v.<br><br>LOCAL 501, INTERNATIONAL UNION OF OPERATING ENGINEERS,<br><br>              Defendant. | No. CV 11-08397 DDP (VBKx)<br><br>**STIPULATION REGARDING SETTLEMENT AND REQUEST FOR THE COURT TO RETAIN JURISDICTION AND TO VACATE REMAINING DATES**<br><br>[PROPOSED ORDER FILED CONCURRENTLY HEREWITH]<br><br>Pre-trial Conference: April 8, 2013<br><br>Trial Date:  April 16, 2013 |

       Plaintiff, Hilda L. Solis, Secretary of Labor ("the Secretary"), and defendant Local 501, International Union of Operating Engineers, ("Local 501"), by and

through their undersigned counsel, hereby stipulate and agree to settlement of this case on the following terms and conditions, and respectfully request that the Court so order:

1. This action was brought by the Secretary pursuant to Title IV of the Labor-Management Reporting and Disclosure Act of 1959 (as amended), 29 U.S.C. § 401, et seq., ("Act" or "LMRDA"), for the purpose of voiding the results of the August 26, 2010 election of union officers for the offices of Business Manager/Recording-Corresponding Secretary, President, Vice-President, Financial Secretary, Treasurer, Trustee, one Auditor position and Executive Board Member at Large 2 conducted by Local 501 and requesting a new election under the supervision of the Secretary of Labor.

2. In her complaint, the Secretary alleged that Local 501 violated:

   a. section 401(e) of the LMRDA, 29 U.S.C. § 481(e), by disqualifying Finn Pette and Daniel Himmelberg from running for union office based on discipline that did not comport with the requirements of Section 101(a)(5) of the Act, 29 U.S.C. § 411(a)(5).

   b. section 401(c) of the LMRDA, 29 U.S.C. § 481(c), which requires a union to provide adequate safeguards to insure a fair election, by adopting a rule that a slate of candidates must be comprised of at least 10 candidates in order to be listed as a slate on the ballot and by refusing to permit the Resistance Slate to run on the ballot as a slate.

   c. section 401(c) of the LMRDA, 29 U.S.C. § 481(c), by adopting a ballot that contained an error in the instruction for voting for the three Auditor positions, which caused some members to vote for four candidates when they were only permitted to vote for three.

3. Local 501 does not admit that it violated any of the aforementioned provisions of Title IV in its August 26, 2010 election.

4. The Parties, in settlement of this action, hereby stipulate and agree that Local 501 will conduct, under the supervision of the Secretary of Labor, nominations and an election for all officer positions, to be completed in August 2013.

5. The supervised election shall be conducted in accordance with Title IV of the Act (29 U.S.C. § 481, *et seq*.) and, insofar as lawful and practicable, in accordance with the Constitution of the International Union of Operating Engineers (IUOE) and the Bylaws of Local 501. The Secretary will appoint an election supervisor to be responsible for the conduct of the supervised election, who will coordinate with the duly appointed Election Committee of Local 501 in the conduct of the election.

6. The eligibility of candidates to run for office will be determined as of the time of nominations for the supervised election consistent with the IUOE Constitution and the Bylaws of Local 501. The union discipline identified in paragraph 2(a) of this settlement stipulation shall not be a basis for disqualifying a candidate.

7. All decisions as to the interpretation or application of Title IV of the LMRDA, the IUOE Constitution and Local 501's Bylaws relating to the supervised election are to be determined by the Secretary and her decision shall be final, except as subject to review in this Court and any subsequent appellate review. The Secretary will accept the interpretation consistently placed on a union's constitution and bylaws by the responsible union official or governing body unless the interpretation is clearly unreasonable.

8. The parties request that the Court retain jurisdiction of this action so that the procedures specified in 29 U.S.C. § 482(c) regarding the Secretary's certification of the election to the Court and the Court's entry of a decree may be completed. After the completion of the supervised election, the Secretary shall certify to the Court the names of the persons so elected, that such election was

conducted in accordance with Title IV of the Act, and, insofar as lawful and practicable, that the election was conducted in accordance with the provisions of the IUOE Constitution and Local 501's Bylaws. Upon approval of such certification by the Court, the Court shall enter a Judgment declaring that such persons have been elected as shown by such certification to serve a full term of office pursuant to 29 U.S.C. § 482(c)(2) of the LMRDA.

9. By entering into this stipulation of settlement, the parties have resolved the controversy between them, and the only issue remaining is certification of the supervised election as provided for in the paragraph above. The parties, therefore, request that the Court vacate all remaining dates in this action, including the discovery, motion filing, pre-trial, and trial dates.

10. Each party shall bear its own fees, costs and other expenses incurred by such party in connection with any stage of this proceeding.

Dated: October 11, 2012

Respectfully submitted,

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

*/s/ Joanna Hull*
JOANNA HULL
Assistant United States Attorney
Attorneys for Plaintiff Hilda L. Solis,
Secretary of Labor, United States
Department of Labor

Dated: October 10, 2012

SCHWARTZ, STEINSAPIR,
DOHRMANN & SOMMERS, LLP
HENRY M. WILLIS

*/s/ Michael D. Four*
MICHAEL D. FOUR
Attorneys for defendant Local 501,
International Union of Operating Engineers

- 4 -