ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JOANNA HULL
Assistant United States Attorney
California Bar Number 227153
      Federal Building, Suite 7516
      300 North Los Angeles Street
      Los Angeles, California 90012
      Telephone:  (213) 894-6585
      Facsimile:  (213) 894-7819
      E-mail:    joanna.hull@usdoj.gov

Attorneys for Plaintiff Hilda L. Solis,
Secretary of Labor, United States Department of Labor

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| HILDA L. SOLIS, Secretary of Labor, United States Department of Labor,<br><br>         Plaintiff,<br><br>         v.<br><br>LOCAL 501, INTERNATIONAL UNION OF OPERATING ENGINEERS,<br><br>         Defendant. | No. CV 11-08397 DDP (VBKx)<br><br>**ORDER APPROVING STIPULATION REGARDING SETTLEMENT AND REQUEST FOR THE COURT TO RETAIN JURISDICTION AND TO VACATE REMAINING DATES**<br><br>Pre-trial Conference: April 8, 2013<br>Trial Date:  April 16, 2013 |

      The Court, having considered the parties' stipulation regarding settlement and request for the Court to retain jurisdiction and to vacate remaining dates in the above-captioned action,

IT IS HEREBY ORDERED that the Court approves the parties' stipulation regarding (1) the Court's retention of jurisdiction of this action to certify the supervised election; and (2) to vacate all remaining dates in this action, including the discovery, motion filing, pre-trial, and trial dates:

(1) The Court shall retain jurisdiction of this action.  After the completion of the supervised election, the Secretary of Labor shall certify to the Court the names of the persons elected, that such election was conducted in accordance with Title IV of the Labor-Management Reporting and Disclosure Act of 1959 ("LMRDA"), and, insofar as lawful and practicable, that the election was conducted in accordance with the Constitution of the International Union of Operating Engineers (IUOE) and the Bylaws of Local 501.  Upon approval of such certification by the Court, the Court shall enter judgment declaring that such persons have been elected as shown by such certification, pursuant to 29 U.S.C. § 482(c)(2) of the LMRDA.

(2) Based on the parties' settlement, all remaining dates in this action, including the discovery, motion filing, pre-trial, and trial dates, are hereby vacated.

DATED:  October 15, 2012

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE

- 2 -