1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   JOANNA HULL (Cal. Bar No. 227153)
4  Assistant United States Attorney
           Federal Building, Suite 7516
5          300 North Los Angeles Street
           Los Angeles, California 90012
6          Telephone: (213) 894-6585
           Facsimile: (213) 894-7819
7          E-mail: Joanna.Hull@usdoj.gov

8  Attorneys for Plaintiff
   THOMAS E. PEREZ, Secretary of Labor,
9  United States Department of Labor

10

11             UNITED STATES DISTRICT COURT

12       FOR THE CENTRAL DISTRICT OF CALIFORNIA

13                  WESTERN DIVISION

14  THOMAS E. PEREZ, Secretary of          No. CV 11-08397 DDP (VBKx)
    Labor, United States Department of
15  Labor,[1]

16            Plaintiff,                    **CERTIFICATION OF ELECTION**

17       v.

18  LOCAL 501, INTERNATIONAL
    UNION OF OPERATING
19  ENGINEERS,                             Hon. Dean D. Pregerson
                                           United States District Judge
20            Defendant.

21

22

23       The election having been conducted in the above matter under the supervision of

24  the Secretary of Labor, United States Department of Labor, pursuant to a Stipulation of

25  Settlement filed October 11, 2012 and the Order Approving Stipulation Regarding

26  _____

27       [1] This action was originally brought by Hilda L. Solis, former Secretary of Labor.
    Secretary of Labor Thomas E. Perez is now automatically substituted as Plaintiff in
28  accordance with Rule 25(d) of the Federal Rules of Civil Procedure.

                                  1

1  Settlement entered October 15, 2012, in the United States  District Court for the Central

2  District of California, Western Division, in accordance with the provisions of Title IV of

3  the Labor-Management Reporting and Disclosure Act of 1959 (29 U.S.C. §§ 481-483),

4  and in conformity with the constitution and bylaws of the defendant labor organization,

5  insofar as lawful and practicable, therefore:

6        Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure

7  Act of 1959 (29 U.S.C. § 482(c)), and the authority delegated to me,

8        IT IS HEREBY CERTIFIED that the following named candidates have been duly

9  elected to the offices designated:

10              Edward Curly        Business Manager/Recording Secretary

11              Thomas O'Mahar      President

12              Kenneth Capehart     Vice President

13              Paul Nunez        Financial Secretary

14              Bryan Cortez        Treasurer

15              Leonard Trunkey      Trustee

16              Jose Barba        Trustee

17              Heather Skopik       Trustee

18              Ricky Cain        Auditor

19              Sean Rossi        Auditor

20              Randy Pearson      Auditor

21              Michael Narez       Conductor

22              Dave Lapinsky       Guard

23              Steve L. Klock       District 1 Representative

24              Patrick Murphy      District 2 Representative

25              Todd Ullman       District 3 Representative

26              Michael Silvia       District 4 Representative

27              Dan Walsh        Executive Board Member-at-Large

28              Boaz Shalmon      Executive Board Member-at-Large

1    Attached herewith is a declaration setting forth the protests concerning violations

2  which were alleged to have occurred in the conduct of the election and the findings of

3  the investigation of these protests.

4

5    Executed on this __31ˢᵗ__ day of __July__, 2014 at Washington, District of Columbia.

6

7                    _Patricia Fox_

8                    PATRICIA FOX, Chief
                     Division of Enforcement

9                    Office of Labor-Management Standards

10                   United States Department of Labor

11

12

13

14

15  Dated: __7/31/__ 2014          Respectfully submitted,

16                                 ANDRÉ BIROTTE JR.
                                   United States Attorney

17                                 LEON W. WEIDMAN
                                   Assistant United States Attorney

18                                 Chief, Civil Division

19                                 /s/ _Joanna Hull_
                                   JOANNA HULL

20                                 Assistant United States Attorney

21                                 Attorneys for Plaintiff
                                   Thomas E. Perez, Secretary of Labor,

22                                 United States Department of Labor

23

24

25

26

27

28

3